# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

LYDIA MASON,

      Plaintiff,

v.                                              Civil Action 2:23-cv-2307
                                                     Judge Michael H. Watson
                                                     Magistrate Judge Chelsey M. Vascura

LAWRENCE E. HARD, *et al.*,

      Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion to Replace Incomplete Second Amended Complaint with Final Pleading with its Exhibits (ECF No. 27). For good cause shown, the Motion is **GRANTED**. The Court **STRIKES** the Second Amended Complaint previously filed at ECF No. 26. The Clerk is **DIRECTED** to file on the docket Plaintiff's final Second Amended Complaint along with its exhibits, attached to the Motion at ECF Nos. 27-1 through 27-4. Plaintiff's final Second Amended Complaint is deemed to have been filed on October 17, 2024.

      **IT IS SO ORDERED.**

                                                                /s/ *Chelsey M. Vascura*
                                                                CHELSEY M. VASCURA
                                                                UNITED STATES MAGISTRATE JUDGE